**CORRECTED**
**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 00-60133

---

NATIONAL LABOR RELATIONS BOARD,

Petitioner,

VERSUS

BAPTIST HOSPITAL, ORANGE,

Respondent.

---

On Application for Enforcement of an Order
of the National Labor Relations Board

(16-CA-19047)

---

December 8, 2000

Before DUHÉ and PARKER, Circuit Judges and LINDSAY*, District
Judge:

PER CURIAM:**

    ENFORCED.  *See* 5TH CIR. R. 47.6.

---

    *District Judge of the Northern District of Texas, sitting by
designation.

    **Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.